# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00241-CV

**Tim Forrister, Appellant**

**v.**

**10415 Old Manchaca Rd LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-16-002309, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on April 7, 2016, and appellant's brief was due on July 18, 2016. On July 26, 2016, this Court notified appellant that his brief was overdue and that his appeal could be dismissed for want of prosecution unless he filed a brief or reasonably explained his failure to file a brief. *See* Tex. R. App. P. 38.8(a). Appellant's deadline to respond was August 5, 2016. To date, appellant has not filed a brief or otherwise responded to our notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed:   September 2, 2016